No. 240. SCHOONER EXPRESSO, ETC., APPELLANT, *v.* UNITED STATES. Appeal from the District Court of the United States for the Southern District of Florida. April 8, 1903. Dismissed, pursuant to the tenth rule. *Mr. H. A. Herbert* and *Mr.*

Cases Disposed of Without Consideration by the Court. 189 U. S.

*Benjamin Micou* for appellant. *The Attorney General* for appellee.